LAW OFFICES OF ERIC I. MICHELMAN
Eric I. Michelman (SBN 145017)
300 Spectrum Center Dr., Suite 1550
Irvine, CA 92618
Telephone: (949) 553-1800
E-mail: ericmichelman@lawfirmofbusiness.com
**Attorney for Plaintiff Owlink Technology, Inc.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWLINK TECHNOLOGY, INC. <br> Plaintiff <br><br> v. <br><br> CYPRESS TECHNOLOGY CO., LTD., et. al. <br> Defendant <br><br> CYPRESS TECHNOLOGY CO., LTD., a foreign corporation; <br><br> Counter-Plaintiff <br> vs. <br><br> OWLINK TECHNOLOGY, INC., a California corporation; and DOES 1 through 25, inclusive, <br><br> Counter-Defendants | **Case No.  8:21-cv-00717-SPG (KESx)** <br><br> **FILED CONDITIONALLY UNDER SEAL** <br><br> **PLAINTIFF/COUNTERDEFENDANT OWLINK TECHNOLOGY, INC.'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACTS AND STATEMENT OF ADDITIONAL UNDISPUTED FACTS** <br><br> Assigned to: Hon. Sherilyn Peace Garnett <br><br> **Hearing:** <br> Date:      October 19, 2022 <br> Time:      1:30 p.m. Pacific Time <br> Location: First Street Courthouse <br>                 350 West 1st St. <br>                 Courtroom 5C <br>                 Los Angeles, CA 90012 |

1

LAW OFFICES OF ERIC I. MICHELMAN