Squire Patton Boggs (US) LLP
Ronald S. Lemieux (State Bar #120822)
ronald.lemieux@squirepb.com
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone: +1 650 856 6500
Facsimile: +1 650 843 8777

Marisol C. Mork (State Bar #265170)
marisol.mork@squqirepb.com
Hannah Makinde (State Bar # 307907)
hannah.makinde@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581

***Attorneys for Defendant and Counterclaimant***
***Cypress Technology Co., Ltd.***

LAW OFFICES OF ERIC I. MICHELMAN
Eric I. Michelman (State Bar #145017)
ericmichelman@lawfirmofbusiness.com
300 Spectrum Center Dr., Suite 1550
Irvine, CA 92618
Telephone: +1 949 553 1800
***Attorneys for Plaintiff Owlink Technology, Inc.***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWLINK TECHNOLOGY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CYPRESS TECHNOLOGY CO., LTD., a foreign corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 8:21-cv-00717-SPG<br><br>**JOINT STATUS REPORT RE SETTLEMENT DISCUSSIONS**<br><br>Judge: Hon. Sherilyn Peace Garnett<br><br>Action Filed: April 19, 2021 |

- 1 -

Pursuant to the Court's Order/Referral To ADR (D.E. 13), Plaintiff Owlink Technology, Inc. ("Plaintiff") and Defendant Cypress Technology Co., Ltd. ("Defendant") hereby jointly report to the Court that on June 16, 2022, Plaintiff and Defendant engaged in a private mediation in Los Angeles, California, before Jeff Kichaven (the "Mediation") for a period of approximately 12 hours, and had further follow-up communications through June 21, 2022. Each party had its top officer and decision maker in attendance at the Mediation. The parties were unable to reach an agreement to resolve this case.

There have been no further settlement discussions between the principals since the formal mediation. Counsel for both parties have expressed a willingness to listen to any new proposals from the other side, but no proposals have been exchanged since the mediation.

Dated: November 23, 2022        SQUIRE PATTON BOGGS (US) LLP


By: */s/Ronald S. Lemieux*
   Ronald S. Lemieux
   Marisol C. Mork
   Hannah Makinde
   *Attorneys for Defendant*
   *Cypress Technology Co., Ltd.*


Dated: November 23, 2022        LAW OFFICES OF ERIC I. MICHELMAN


By: */s/Eric I. Michelman*
   Eric I. Michelman, Esq.
   *Attorney for Plaintiff*
   *OWLink Technology, Inc.*

**ATTESTATION STATEMENT**

I, Ronald S. Lemieux, am the ECF User whose identification and password are being used to file this Joint Report.  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Ronald S. Lemieux*
Ronald S. Lemieux