UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 21-00717-SPG(KESx) |
| Date | July 19, 2023 |
| Title: | OWLink Technology, Inc. V. Cypress Technology Co., Ltd et al |

Present: The Honorable **SHERILYN PEACE GARNETT**

| Patricia Gomez | Kathy Stride - AM / Katie Thibodeaux- PM |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Eric Michelman | Marisol Mork |
| Eric Leon | Ronald Lemieux |
| Sarah Burack | Hannah Makinde |
| Michele D. Johnson | Xiomei Cai |
| Caroline Fish | |

____ Day Court Trial       Day 6 ____      ____ Day Jury Trial

____ One day trial:    ____ Begun (1st day);    √ Held & Continued;    ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by ____

____ Witnesses called, sworn and testified.    ____ Exhibits Identified    ____ Exhibits admitted.

____ Plaintiff(s) rest.    ____ Defendant(s) rest.

√ Closing arguments made by    √ plaintiff(s)    √ defendant(s).    √ Court instructs jury.

√ Bailiff(s) sworn.    √ Jury retires to deliberate.    ____ Jury resumes deliberations.

√ Jury Verdict in favor of    √ plaintiff(s)    ____ defendant(s) is read and filed.

____ Jury polled.    √ Polling waived.

√ Filed Witness & Exhibit Lists    √ Filed jury notes.    √ Filed jury instructions.

____ Judgment by Court for    ____ plaintiff(s)    ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).

____ Case submitted.    ____ Briefs to be filed by ____

____ Motion to dismiss by ____    is    ____ granted.    ____ denied.    ____ submitted.

____ Motion for mistrial by ____    is    ____ granted.    ____ denied.    ____ submitted.

√ Motion for Judgment/Directed Verdict by [229] [230]    is    ____ granted.    √ denied.    √ submitted.

____ Settlement reached and placed on the record.

√ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

√ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

____ Case continued to ____ for further trial/further jury deliberation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

√ Other: The parties are to meet and confer and submit a proposed judgment by July 26, 2023.

|  |  |
|---|---|
|  | 3 : 18 |
| Initials of Deputy Clerk | PG |

cc: