FILED
CLERK, U.S. DISTRICT COURT
7-19-2023
CENTRAL DISTRICT OF CALIFORNIA
BY: PG DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| OWLINK TECHNOLOGY, INC. a California corporation,<br><br>Plaintiff,<br>v.<br>CYPRESS TECHNOLOGY CO., LTD., a foreign corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 8:21-cv-00717-SPG-KES<br><br>**REDACTED**<br><br>**JURY VERDICT FORM** |

We, the jury, after considering the Jury Instructions and evidence provided to us, find the following special verdict on the Questions submitted to us, to which we have all unanimously agreed:

# I.

## OWLINK'S FIRST CLAIM OF BREACH OF CONTRACT

For its first breach of contract claim, OWLink claims that Cypress breached Section 2.4 of the EBMA prior to August 20, 2020 by directly negotiating and communicating with Crestron regarding the purchase and sale of products from Cypress to Crestron and Section 3.1 of the EBMA by failing to pay OWLink the compensation that Cypress owed it under the EBMA.

We answer the questions submitted to us as follows:

1. Did OWLink do all, or substantially all, of the significant things that the EBMA required it to do?

    √ Yes ____ No

    If your answer to Question 1 is yes, then proceed to Question 2. If you answered no, stop here, answer no further questions in this Section I, and have the presiding juror sign and date this form on the last page of this form.

2. Did Cypress do something that the EBMA prohibited it from doing, or did Cypress fail to do something that the EBMA required it to do?

    √ Yes ____ No

    If your answer to either option for Question 2 is yes, then answer Question 3. If you answered no to both options, stop here, answer no further questions in this Section I, and have the presiding juror sign and date this form on the last page of this form.

3. Was OWLink harmed by Cypress's breach of the EBMA?

    √ Yes ____ No

If your answer to Question 3 is yes, then go to Question 4. If you answered no, stop here, answer no further questions in this Section I, and have the presiding juror sign and date this form on the last page of this form.

4. Was Cypress's conduct a substantial factor causing OWLink's harm?

   ✓ Yes  ____ No

If your answer to Question 4 is yes, then go to Question 5. If you answered no, stop here, answer no further questions in this Section One, and have the presiding juror sign and date this form on the last page of the form.

5. OWLink has advanced two alternate theories of damages: one assumes that Cypress's claimed termination of the EBMA in August 2020 was not valid, and the other assumes Cypress's claimed termination of the EBMA was valid. Was Cypress's claimed termination of the EBMA a valid termination?

   ____ Yes  ✓ No

If your answer to Question 5, is no, then proceed to Question 6. If your answer to Question 5 is yes, then proceed to Question 7.

6. What are OWLink's damages (it is up to you, the jury, to determine the appropriate damages period)?

   $ 26,188,638

7. What are OWLink's damages during the two-year period between August 20, 2020 and August 20, 2022

   $ _____

If you have listed damages in response to either Question 6 or Question 7, above, stop here, answer no further questions in any of the following Sections, and have the presiding juror sign and date this form on the last page of this form. If you have not listed damages in response to either Question 6 or Question 7, above, please proceed to Section II of this verdict form below.

3

## II.

## OWLINK'S SECOND CLAIM FOR BREACH OF CONTRACT

For its second breach of contract claim, OWLink claims that Cypress breached Section 7.4(a) of the EBMA by failing to pay all commissions due under the EBMA and breached Section 7.5 by directly negotiating and communicating with Crestron for the purchase and sale of products from Cypress to Crestron after August 20, 2020.

1. Did OWLink do all, or substantially all, of the significant things that the EBMA required it to do?

   ____ Yes   ____ No

   If your answer to Question 1 is yes, then proceed to Question 2. If you answered no, stop here, answer no further questions in this Section Two, and have the presiding juror sign and date this form on the last page of the form.

2. Did Cypress do something that Section 7.4(a) or Section 7.5 of the EBMA prohibited it from doing, or did Cypress fail to do something that those Sections of the EBMA required it to do?

   ____ Yes   ____ No

   If your answer to either option for Question 2 is yes, then answer Question 3. If you answered no to both options, stop here, answer no further questions in this Section II, and have the presiding juror sign and date this form on the last page of this form.

3. Was OWLink harmed by Cypress's breach of the EBMA?

   ____ Yes   ____ No

4

If your answer to Question 3 is yes, then go to Question 4. If you answered no, stop here, answer no further questions in this Section II, and have the presiding juror sign and date this form on the last page of the form.

4. Was Cypress's conduct a substantial factor causing OWLink's harm?

\_\_\_\_\_ Yes \_\_\_\_\_ No

If your answer to Question 4 is yes, then go to Question 5. If you answered no, stop here, answer no further questions in this Section II, and have the presiding juror sign and date this form on the last page of the form.

5. What are OWLink's damages during the two-year period between August 20, 2020, and August 19, 2022?

$_____

If you have listed damages in response to Question 5, above, stop here, answer no further questions in any of the following Sections, and have the presiding juror sign and date this form on the last page of the form. If you have not listed damages in response to Question 5, above, please proceed to Section III of this verdict form.

### III.
### OWLINK'S CLAIM FOR BREACH OF
### THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

We answer the questions submitted to us as follows:

1. Did OWLink do all, or substantially all, of the significant things that the EBMA required it to do?

\_\_\_\_\_ Yes \_\_\_\_\_ No

If your answer to Question 1 is yes, then answer Question 2. If you answered no, stop here, answer no further questions in this Section III, and have the presiding juror sign and date this form on the last page of the form.

2. Did Cypress interfere with OWLink's right to receive the benefits of the EBMA?

\_\_\_\_\_ Yes   \_\_\_\_\_ No

If your answer to Question 2 is yes, then answer Question 3. If you answered no, stop here, answer no further questions in this Section III, and have the presiding juror sign and date this form on the last page of the form.

3. In doing so, did Cypress act fairly and in good faith?

\_\_\_\_\_ Yes   \_\_\_\_\_ No

If your answer to Question 3 is yes, stop here, answer no further questions in this Section III, and have the presiding juror sign and date this form. If you answered no, then answer Question 4.

4. Was OWLink harmed by Cypress's conduct?

\_\_\_\_\_ Yes   \_\_\_\_\_ No

If your answer to Question 4 is yes, then go to Question 5. If you answered no, stop here, answer no further questions in this Section III, and have the presiding juror sign and date this form on the last page of the form.

5. What are OWLink's damages?

$_____

Dated: 07.19.23       Signed: ███████████ <span style="color:red">Redacted by the Court</span>
                              Presiding Juror

After this verdict form has been signed, notify the bailiff that you are ready to present your verdict in the courtroom.