JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWLINK TECHNOLOGY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CYPRESS TECHNOLOGY CO., LTD., a foreign corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 8:21-cv-00717-SPG-KES<br><br>**JUDGMENT AFTER TRIAL BY JURY** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On July 11, 2023, the foregoing matter was called for trial in Courtroom 5C of the United States District Court, Central District of California, the Honorable Sherilyn Peace Garnett presiding. On July 19, 2023, the jury returned a unanimous verdict in favor of Plaintiff OWLink Technology, Inc.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

That judgment be, and hereby is, entered in favor of Plaintiff OWLink Technology, Inc. and against Defendant Cypress Technology Co., Ltd. in the amount of $26,188,638;

That Plaintiff OWLink Technology, Inc. shall recover post-judgment interest from Defendant Cypress Technology Co., Ltd. pursuant to applicable law; and

That the Court shall retain jurisdiction over any claim for attorneys' fees and costs pursuant to Section 8.3 of the EBMA and applicable law, to be filed in accordance with Federal Rule of Civil Procedure 54(d)(2) and Local Rules 54 and 58.

IT IS SO ORDERED.

Dated: August 28, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE